CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2025**

**United States Bankruptcy Judge**

---

**United States Bankruptcy Court**
**Northern District of Texas**
**Dallas Division**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC Acquisitions, LLC,** | § | **Case No. 21-31954-swe11** |
| | § | |
| **Debtor.** | § | |
| | § | |

***Report and Recommendation to District Court Regarding Motion to Withdraw the Reference***

On July 18, 2025, Cortney C. Thomas (the "**Receiver**"), the court-appointed receiver for the Debtor, filed the *Receiver's Motion to Withdraw the Reference of Motion for Entry of Final Decree Closing Chapter 11 Bankruptcy Case* [Docket No. 338] (the "***Motion to Withdraw***") requesting that the District Court withdraw the reference to the Bankruptcy Court of the Receiver's previously filed *Motion for Entry of Final Decree Closing Chapter 11 Bankruptcy Case* [Docket No. 307] (the "***Motion for Final Decree***"). Pursuant to Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1, the Bankruptcy Court conducted a status conference concerning the Motion to Withdraw on August 27, 2025, and now submits the following Report and Recommendation to the United States District Court:

1. PhelanLaw—a creditor of the Debtor—filed a response [Docket No. 340] to the Motion to Withdraw, (a) asserting that the Debtor is entitled to certain funds from a settlement between the

Receiver and HNGH Turtle Creek, LLC ("**HNGH**") in the Receivership case, Case No. 3:22-cv-2118-X in the U.S. District Court for the Northern District of Texas (the "**Receivership**"); but (b) stating PhelanLaw does not oppose the Motion to Withdraw. No party-in-interest who attended the status conference on the Motion to Withdraw opposed the motion.

2. No party has filed a motion to stay the Motion for Final Decree pending the District Court's decision on the Motion to Withdraw.

3. The Motion for Final Decree involves a core matter. Even though the Motion to Withdraw is unopposed, the parties have contested previously which court (this Court or the District Court) should hear and determine the Motion for Final Decree.

4. No party has requested, or is entitled to, a jury trial on the Motion for Final Decree.

5. The parties are ready for a determination of the Motion for Final Decree.

## Bankruptcy Court Recommendation

The Bankruptcy Court recommends that the District Court grant the Motion to Withdraw. This bankruptcy case is at an end, mercifully. The only open issue is which parties are entitled to the funds from the Receiver-HNGH settlement in the Receivership. If the Motion to Withdraw is granted, the District Court—the court with unquestionable jurisdiction over both the bankruptcy case and the Receivership—can interpret the settlement and best determine which parties are entitled to the settlement funds. The District Court can then enter an order granting the Motion for Final Decree, as there is nothing left to do in the bankruptcy case.

### End of Report and Recommendation ###