Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>2999TC ACQUISITIONS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-31954-swe |

**OBJECTION TO MOTION FOR FINAL DECREE**

Comes now Joyce W. Lindauer Attorney, PLLC, a party in interest and attorney for the Debtor in the above captioned case ("JWL"), and files this its Objection to the Motion for Final Decree filed by Cortney C. Thomas as receiver for 2999TC Acquisitions, LLC (the "Receiver"), and would show the Court as follows:

1. The Receiver filed a *Motion for Final Decree* herein on June 14, 2023 (the "Motion for Final Decree", Dkt. No. 307). Attached to the Motion for Final Decree is a copy of a *Verified Motion to Approve Settlement Agreement* filed in the Receivership Case[1] in which the Receiver states that he has received or will receive $2,500,000.00 from HNGH Turtle Creek, LLC ("HNGH") in a settlement of the following disputes: (1) the ownership and rightful possession of the Property; (2) the amount due to HNGH under the Loan Documents; and (3) claims and causes

[1] Case No. 3:22-cv-2118-X in the U.S. District Court for the Northern District of Texas.

of action the Receiver may have possessed against HNGH on behalf of the Receivership Entities and their respective estates.[2]

2. The above-described disputes are exactly the same issues litigated by the Debtor and its counsel, JWL, in multiple adversary proceedings and other proceedings before this Court.[3] The Receiver apparently did nothing more than add his weight to the same arguments made by JWL on behalf of the Debtor, resulting in a settlement fund of $2,500,000.00 (the "Settlement Funds").

3. The Settlement Funds rightfully belong to the Debtor's estate for the benefit of its creditors, not the receivership. JWL has an administrative claim for professional fees in this case exceeding $250,000.00. The Settlement Funds would not exist but for the efforts of JWL in its representation of the Debtor against HNGH.

4. Under 11 U.S.C. Section 541(a)(1), the property of the Debtor's estate consists of all property the Debtor owned as of the petition date, including the causes of action against HNGH that were litigated for months by JWL and settled by the Receiver.[4] The Settlement Funds are proceeds of those pre-petition causes of action which belong to the estate under 11 U.S.C. Section 541(a)(6).

5. JWL objects to the Motion for Final Decree because it and all other holders of allowed claims against the estate must be paid from the Settlement Funds. This case cannot and should not be closed until JWL files a final fee application and the Court determines its allowed

---

[2] See p. 8, paragraph 25 of the Motion to Approve Settlement Agreement attached as Exhibit A to the Motion for Final Decree.

[3] A description of some of the litigation in which JWL represented the Debtor against HNGH, including two adversary proceedings and multiple motions, which litigation resulted in the Settlement Funds, are described in the "Background" section of the Motion for Final Decree at pp. 3-6.

[4] The Debtor's causes of action against HNGH for "return of property and related claims" in the amount of $16,000,000.00 were summarized in Schedule A/B, Docket No. 51, at p. 8.

administrative claim. It is not for the Receiver to determine JWL's allowed claim or the claims of other creditors and administrative claimants, but for this Court.

WHEREFORE, PREMISES CONSIDERED, JWL requests the Court to deny the Motion for Final Decree and grant JWL such other and further relief to which it is justly entitled.

Dated: June 23, 2022

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

C. Alan Carrillo on behalf of Attorney Cortney C Thomas
alan@brownfoxlaw.com

C. Alan Carrillo on behalf of Debtor 2999TC Acquisitions, LLC
alan@brownfoxlaw.com

C. Alan Carrillo on behalf of Plaintiff 2999TC Acquisitions, LLC
alan@brownfoxlaw.com

Jeffery D. Carruth on behalf of Creditor Centennial Bank d/b/a Happy State Bank
jcarruth@wkpz.com, jcarruth@aol.com; atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Katherine T. Hopkins on behalf of Defendant L. Allen Hodges, III
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, Individually
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party LAH III Family Specific Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Tejas Group, Ltd.
katherine.thomas@kellyhart.com

John J. Kane on behalf of Creditor HNGH Turtle Creek, LLC
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane on behalf of Defendant HNGH Turtle Creek, LLC
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com; Sean.French@lgbs.com; Michael.Alvis@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Charlene Cantrell Koonce on behalf of Attorney Cortney C Thomas
charlene@brownfoxlaw.com

Joyce W. Lindauer on behalf of Debtor 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Plaintiff 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Steven C. Metzger on behalf of Interested Party JMJ Development LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Interested Party Tim Barton
smetzger@pmklaw.com

Russell Hale Neilson on behalf of Defendant HNGH Turtle Creek, LLC
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

Robin Eric Phelan on behalf of Debtor 2999TC Acquisitions, LLC
robin@phelanlaw.org

Cortney C. Thomas on behalf of Attorney Cortney C Thomas
cort@brownfoxlaw.com, korourke@brownfoxlaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard on behalf of Creditor HNGH Turtle Creek, LLC
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer