Robin Phelan
State Bar No. 15903000
PHELANLAW
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 7040222
Email: robin@phelanlaw.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>2999TC ACQUISITIONS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-31954-swe |

**OBJECTION TO MOTION FOR FINAL DECREE**

PHELANLAW, a creditor of the Debtor in the above captioned case ("JWL"), files this Objection to the Motion for Final Decree (the "Motion") filed by Cortney C. Thomas as receiver for 2999TC Acquisitions, LLC (the "Receiver"), and represents:

1. The Receiver filed the Motion on June 14, 2023, Dkt. No. 307). Attached to the Motion is a copy of a *Verified Motion to Approve Settlement Agreement* filed in the Receivership Case[1] in which the Receiver states that he has received, or will receive, $2,500,000.00 from HNGH Turtle Creek, LLC ("HNGH") in a settlement of the following disputes: (1) the ownership and rightful possession of the Property; (2) the amount due to HNGH under the Loan Documents; and (3) claims and causes of action the Receiver may have possessed against HNGH on behalf of the Receivership Entities and their respective estates.[2]

---

[1] Case No. 3:22-cv-2118-X in the U.S. District Court for the Northern District of Texas.
[2] See p. 8, paragraph 25 of the Motion to Approve Settlement Agreement attached as Exhibit A to the Motion for Final Decree.

2. The disputes that were settled involved causes of action which belonged to the Debtor and resulted in a settlement of $2,500,000 (the "Settlement")

3. The Settlement belongs to the Debtor.

4. Under 11 U.S.C. Sections 541(a)(1) and (7), the property of the Debtor's estate consists of all property the Debtor owned as of the petition date, or thereafter acquired, including the causes of action against HNGH. The Settlement constitutes proceeds of those causes of action which belong to the estate under 11 U.S.C. Section 541(a)(6).

5. PHELANLAW objects to the Motion for Final Decree because creditors of the Debtor must be paid from the Settlement Fund.

6. PHELANLAW was retained by the reorganized Debtor on June 7, 2022, for the limited purpose of assisting in connection with the interpretation of a specific court order. PHELANLAW had no prior contact with the Debtor or any of its principals, management, or affiliates. The engagement terminated on June 30, 2022. Robin Phelan, the sole attorney at PHELANLAW, has never met Timothy Barton ("Barton"), and had limited electronic interaction with Barton during the engagement. At all times it was represented to PHELANLAW by the Debtor that the Debtor had available sufficient funds to pay HNGH in full. The engagement of PHELANLAW by the Debtor terminated prior to completion of the trial between the Debtor and HNGH. PHELANLAW is owed $60,937.50 by the Debtor.

7. This case should not be closed until creditors of the Debtor are paid, to the extent that funds are available from the Settlement, in accordance with a determination by this Court of the amounts of such claims.

WHEREFORE, PREMISES CONSIDERED, PHELANLAW asks this Court to deny the Motion for Final Decree, determine the claims against this Debtor, and grant PHELANLAW such other and further relief as is just.

Dated: June 30, 2022

Respectfully submitted,

*/s/ Robin Phelan*
Robin Phelan
State Bar No. 15903000
PHELANLAW
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 704-0222
robin@phelanlaw.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Charlene C. Koonce
charlene@brownfoxlaw.com
C. Alan Carrillo
alan@brownfoxlaw.com

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Robin Phelan*
Robin Phelan