**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **BANKRUPTCY CASE NO.** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **21-31954-SWE-11** |
| | § | |
| **Debtor.** | § | |
| **COURTNEY C. THOMAS,** | § | |
| | § | |
| **Movant,** | § | **CIVIL ACTION NO.** |
| | § | |
| **PHELANLAW,** | § | **3:25-CV-1949-X** |
| | § | |
| **Respondent.** | § | |

## JOINDER IN MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**COMES NOW** Joyce W. Lindauer Attorney, PLLC ("JWL"), a creditor of the Debtor in the above captioned case and files its Joinder in Motion for Summary Judgment filed by PHELANLAW, and in support of same would respectfully show the Court as follows:

1. JWL joins in the Motion for Summary Judgment and requests that the Motion for Final Decree be denied.

WHEREFORE, PREMISES CONSIDERED, JWL respectfully requests this Court to (i) deny the Motion for Final Decree; (ii) determine the claims against this Debtor; and (iii) for such other and further relief to which JWL may show itself justly entitled.

Dated: January 16, 2026.

Respectfully Submitted:

/s/ Joyce W. Lindauer

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEY FOR JOYCE W. LINDAUER ATTORNEY, PLLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2026, a true and correct copy of the foregoing document was forwarded via email pursuant to the Court's ECF system to those parties receiving electronic notice in this case.

/s/ Joyce W. Lindauer

Joyce W. Lindauer