**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| **CORTNEY C. THOMAS** | § | |
| | § | |
| **Movant,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.** |
| | § | **3:25-cv-1949-X** |
| **PHELANLAW,** | § | |
| | § | |
| **Respondent.** | § | |

**RECEIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Movant Cortney C. Thomas, as Receiver (the "Receiver"), respectfully moves for a short extension of time to respond to Respondent's Motion for Summary Judgment (Dkt. 7), and would respectfully show as follows:

1. Respondent filed its Motion for Summary Judgment on January 14, 2026. Under the Local Rules, the Receiver's response is currently due on February 4, 2026.

2. The Receiver respectfully requests a brief extension of twenty-one (21) days, up to and including **February 25, 2026**, to file his response.

3. This request is necessitated by the press of other professional obligations, including preparation for and attendance at a federal hearing on a motion for preliminary injunction currently set for January 30, 2026, as well as other court-imposed deadlines in unrelated matters.

4. Accordingly, the Receiver requests a 21-day extension of time to file their response brief from February 4, 2026 until and including February 25, 2026.

5. This is the first request for an extension by the Receiver. The extension is not sought for purposes of delay but to accommodate the various pressing and time sensitive deadlines and hearings described above.

6. Movant's counsel conferred with Respondent's counsel and Respondent is unopposed to the extension requested herein.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court grant the requested extension of time and enter an order setting the Receiver's deadline to file his response brief to and including February 25, 2026.

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Andrew C. Debter*

Andrew C. Debter
State Bar No. 24133954
andrew@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

## CERTIFICATE OF CONFERENCE

I certify that Counsel for Movant and Respondent, respectively, conferred about the relief requested in this Motion on January 26, 2026, and Respondent is unopposed to the requested extension.

*/s/ Andrew C. Debter*
Andrew C. Debter

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Andrew C. Debter*
Andrew C. Debter