**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| **CORTNEY C. THOMAS** | § | |
| | § | |
| **Movant,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.** |
| | § | **3:25-cv-1949-X** |
| **PHELANLAW,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Receiver's Unopposed Motion for Extension of Time to Respond to Respondent's Motion for Summary Judgment (the "Motion") [Dkt. 9]. The Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that the deadline for Movant Courtney C. Thomas, as Receiver, to file his response to Respondent's Motion for Summary Judgment is extended to February 25, 2026.

**IT IS SO ORDERED,** this _____ day of _____________ 2026.

______________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE