UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | BANKRUPTCY CASE NO. |
| | § | |
| 2999TC ACQUISITIONS, LLC | § | |
| | § | |
| Debtor. | § | 21-31954-SWE-11 |
| | § | |
| COURTNEY C. THOMAS, | § | |
| | § | |
| *Movant*, | § | Civil Action No. 3:25-CV-01949-X |
| | § | |
| v. | § | |
| | § | |
| PHELANLAW, | § | |
| | § | |
| *Respondent*. | § | |
| | § | |

**ORDER STRIKING MOTION FOR SUMMARY JUDGMENT**

Before the Court is bankruptcy Respondent Phelanlaw and Attorney Joyce W. Lindauer's (the respondents) Motion for Summary Judgment.[1] (Doc. 7.) The Court **STRIKES** the motion.

The respondents style this filing as a motion for summary judgment under Rule 56(a) to Deny the Final Decree Motion to ensure that they receive the funds they believe they deserve from the settlement. But that issue is already before the Court, fully briefed, from the Bankruptcy Court. Accordingly, this motion functions as an unauthorized surreply.

[1] Joyce W. Lindauer filed a Notice of Joinder after Phelanlaw filed its Motion for Summary Judgment. (Doc. 8.)

The local rules do not provide surreplies as a matter of right.[2] And no exceptional or extraordinary circumstances are present.[3] So the Court **STRIKES** the motion.

The Court will resolve the underlying issue—who is owed what under the Settlement Agreement—in a separate order.

**IT IS SO ORDERED** this 17th day of June, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[2] *Gezu v. Charter Commc'ns*, 17 F.4th 547, 555–56 (5th Cir. 2021).

[3] *See id.*